**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

| | | |
|---|---|---|
| BRENDA C. VAN FLEET, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 4:05cv21 |
| | ) | |
| JO ANNE BARNHART, | ) | |
| COMMISSIONER OF THE SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM , ORDER AND OPINION**

This Matter is before the Court on the Defendant's Motion to Reinstate the Case.  On April 8, 2005, the Plaintiff failed her Complaint in this action.  On June 2, 2005, the Defendant filed a Motion to Remand because of an incomplete transcript.  On June 8, 2005, the Court ordered this case be remanded for further administrative action.  In her Motion to Reinstate, the Defendant states that the transcript has been received and the defendant is now able to file her answer and transcript.  This motion was received without objection.  Therefore, Defendant's Motion to Reinstate the Case is **GRANTED**.  This case is to be restored to the Court's active docket so that it may proceed towards a final disposition of the matter.

**SO ORDERED.**

**Date: December 12, 2005**                              **S/ ALLEN SHARP**
                                                          **ALLEN SHARP, JUDGE**
                                                          **UNITED STATES DISTRICT COURT**